## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                              Criminal No. 03-cr-202-01-JD

Luis Antonio Caraballo

### O R D E R

After the court discussed the difficulties faced by defendant in representing himself, Mr. Caraballo stated that what he really needs is different counsel. Mr. Monteith will have to be a witness in the plea withdrawal hearing in any event. For both these reasons the court believes that Mr. Caraballo should have different counsel appointed. Mr. Caraballo's request to withdraw his motion to proceed <u>pro</u> <u>se</u> (document no. 43) and his oral request for new counsel are granted.

**SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: September 21, 2005

cc:    Richard F. Monteith, Jr., Esq.
       Terry L. Ollila, Esq.
       Kenneth P. Glidden, Esq.